UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-01311-SVW-KK | Date | May 14, 2020 |
|---|---|---|---|
| Title | Hayley Charmaine Tice v. Amazon.com Inc et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER GRANTING MOTION to Stay Case pending Appeal filed by Defendants [73]

The motion to stay [73] is granted. Having considered the parties' motions, the Court finds that a stay pending appeal is appropriate. Defendants' motion raises serious legal questions that are best addressed on appeal before the litigation proceeds. The Court therefore stays all proceedings pending the resolution of Defendants' appeal to the Ninth Circuit. *Britton v. Co-op Banking Grp.*, 916 F.2d 1405, 1409 (9th Cir. 1990). The parties shall notify the Court promptly upon the resolution of the appeal.

The case is moved to the Court's inactive calendar and administratively closed, pending decision from the Ninth Circuit Court of Appeals.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |